

**IN THE**
**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AT DALLAS**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT – 1

CLERK, U.S. DISTRICT COURT

By _____
Deputy

DARLENE C. AMRHEIN, AND
ANTHONY J. BALISTRERI et al
Plaintiffs,

V.

JERRY RIECHERT, et al
Defendants

CASE NO. # 3:11-CV-3707-G
JURY TRIAL
3:12CV3707-G

## PLAINTIFFS' PROOF OF SERVICE OF ALL DEFENDANTS EXCEPT TWO

## AND

## REQUEST FOR ALTERNATIVE SERVICE FOR "GOOD CAUSE"

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs Darlene C. Balistreri-Amrhein and Anthony J. Balistreri to

provide this Honorable Court with "Proof of Service" of all Defendants.

### I. PROOF OF SERVICE BY PROCESS SERVER

Defendants' original return receipts & signatures by process server E. D.Loughlin as

required by law & as filed in case, except for 2 Defendants returned. (**Exhibit A**)

### II. REQUEST FOR ALTERNATIVE SERVICE & "GOOD CAUSE" REASON

Process Server attempted to serve Attorney Clifford I. Weinstein and the Law Offices of

Clifford I. Weinstein &Associates on September 17, 2012, but were returned as

unavailable & or undeliverable. (Exhibit B) Upon discovery & "due diligence" by the

process server Loughlin it was learned Attorney Clifford I. Weinstein had died on

January 18, 2012. Attempts to locate his office partners & associates, so far has been

unsuccessful by several different addresses through Texas State Bar, Management

Companies, Internet Inquiry, contacts through Collin County, Collin County Probate

Court, Dallas County Probate Court, Facebook & Dallas Bar Association etc. A copy of

death notice of Attorney Clifford I. Weinstein on January 18, 2012 was confirmed

through Social Security as shown in **(Exhibit C).** There has been no probate & no

appointed executor to Attorney Clifford I.Weinstein's Estate for his various real estate

holdings etc. to date. Investigator located 3 alternative addresses & is inquiring as to

names of his partners & associates with Attorney Weinstein from 2009 to the present.

### III.    ALTERNATIVE SERVICE REQUESTED FOR "GOOD CAUSE" REASON

Plaintiffs would like to have more time to locate Attorney Weinstein's next of kin or

executor of his estate for service. Plaintiffs have learned that his son is Seth Weinstein

and is asking for the Court to allow alternative service by the process server to his son,

daughter or wife. Plaintiff also hopes to receive their court documents, that Attorney

Clifford I. Weinstein refused to turn back to Plaintiffs before his death. If any of the

named Defendants in this lawsuit have any information for Attorney Weinstein's

Associates it would be appreciated for cooperation to turn over those names for service to

prevent any delays & if required by Court Order for all Defendants, to aid Plaintiffs, this

Court in timely service & retrieval of all Plaintiffs documents denied by Mr. Weinstein.

### IV.   IN CONCLUSION AND PRAYER

Plaintiff has provided proof of service & asks for alternative service for Mr. Weinstein &

his Associates. If a hearing is required then Plaintiff will be present & notice will be

given to all other Defendants in this lawsuit.
**(Exhibits A to C)**

Respectfully submitted,

*Darlene C. Amrhein*

Darlene C. Amrhein, Plaintiff, Pro Se

*Anthony J. Balistreri*

Anthony J. Balistreri, Plaintiff Pro Se

10/1/12

2.

# EXHIBIT "A"

# (PROOF OF SERVICE)

## ORIGINALS ON FILED WITH COURT CLERK

## PUBLIC RECORDS

CERTIFIED MAIL RECEIPT

RETURN RECEIPT RETURNED

PROOF OF SERVICE FORM BY PROCESS SERVER

**United States Northern District of Texas at Dallas**

## Case No. 3:11-CV-3707-G

*Exhibit A*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Texas

| | |
|---|---|
| *Darlene Amshein* *Anthony J. Balestreri, et al* _____ **Plaintiff** v. *Jerry Riechert et al* _____ **Defendant** | ) ) ) ) ) ) ) Civil Action No. **3 - 1 2 C V 3 7 0 7 - G** |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Texas Real Estate Commission = Defendants*
*P. O. Box 12188*
*Austin, TX 78711-2188*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Darlene C. Amshein*
*112 Winsley Circle*
*McKinney, TX. 75071*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEP 1 2 2012

*Yolanda K Pace*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. *3:12 – CV – 3707-G*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *Texas Real Estate Commission*
was received by me on *(date)* *9/13/2012* .

*Defendants*

❑ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* *USPS MAIL CRRP*

My fees are $ *OPEN* for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: *9/13/2012*

*E Denise Loughlin*
Server's signature

*E. Denise Loughlin*
Printed name and title

*P.O. Box 262673 Plano Tx 75026*
Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT – 1

CLERK, U.S. DISTRICT COURT
By
Deputy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by ( Printed Name )          C. Date of Delivery

TREC USPA
SEP 17 2012

1. Article Addressed to:

Texas Real Estate
Commission
P.O. Box 12188
Austin, TX 78711-2188

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

X  D'Loughlin PS

3. Service Type
   ☐ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7012 1010 0000 7525 1077

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $5.65 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.95   09/14/2012 |

Sent To
Texas Real Estate Commission
Street, Apt. No.;
or PO Box No. P.O. Box 12188
City, State, ZIP+4
Austin, TX 78711-2188

PS Form 3800, August 2006         See Reverse for Instructions

7012 1010 0000 7525 1077

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Darlene Amshein
Anthony J. Balistreri, et al
_____
*Plaintiff*

v.

Terry Riechert et al
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.  3:12CV3707 - G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

State of Texas - Defendants
c/o Office of Attorney General Greg Abbott
P.O. Box 12548
Austin, TX 78711-2548

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene C. Amshein
112 Winsley Circle
Mc Kinney, TX 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  SEP 12 2012

Yolanda K Pace
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

Case No. 3:12-CV-3707-G

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _State of Texas_
by: _c/o Office of Attorney General_
_(Defendants)_

(1) personally delivering a copy of each to the individual at this place, _____

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name _____
; or

(4) returning the summons unexecuted to the court clerk on _____ or

(5) other (specify) _USPS MAIL CRRR_
_____
_____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 1 2012

CLERK, U.S. DISTRICT COURT
By _____
Deputy

My fees are $ _OPEN_ for travel and $ _____ for services, for a total of $ _0.00_

Date: _9/13/2012_

_E Denise Loughlin_
Server's signature

_E. Denise Loughlin_
Printed name and title

_P. O. Box 262673 Plano TX 75026_
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of Texas
℅ Office of Tx Atty General
P.O. Box 12548
Austin, TX 78711- 2548

**COMPLETE THIS SECTION ON DELIVERY**

RECEIVED IN MAILCENTER

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   NOV 7 2012   C. Date of Delivery

OFFICE OF
THE ATTORNEY GENERAL

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

X J D Loughlin B

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)     7012 1010 0000 7525 0728

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

AUSTIN TX 7871

| | | |
|---|---|---|
| Postage | $ | $5.65 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.95 |

0248
04
Postmark
Here
09/14/2012

Sent To
State of Texas - Ofc Atty Gen
Street, Apt. No.; or PO Box No. P.O. Box 12548
City, State, ZIP+4
Austin, TX 78711- 2548

7012 1010 0000 7525 0728

PS Form 3800, August 2006        See Reverse for Instructions

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

*Darlene Amshein et al*
*Anthony I. Belistreri et al*
        *Plaintiff*

  v.

*Terry Riechert, et al*
        *Defendant*

)
)
)
)
)
)
)
)

Civil Action No.

**3-12CV3707-G**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Supreme Court of Texas — Defendants
201 West 14th Street Room #104
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene Amshein
112 Winsley Circle
McKinney, TX 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  SEP 1 2 2012

Yolanda K Pace
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

Case No. 3:12-CV-3707-G **Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on *Supreme Court of Texas Defendant*
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive _____
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* USPS MAIL CRRR _____
_____

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 1 2012
CLERK, U.S. DISTRICT COURT
By _____
        Deputy
```

My fees are $ OPEN _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 9/13/2012 _____

*E. Denise Loughlin*
Server's signature

E. Denise Loughlin
Printed name and title

P.O. BOX 262673, PLANO TX 75026
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Supreme Court of Texas
201 West 14th Street
Room #104
Austin, TX. 78701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]   ☑ Agent
                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
B. Sonleg                        9/17/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☑ No

X R. D. Longhen RS

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7012 1010 0000 7525 1183

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $5.65 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $10.95   09/13/2012 |

0248
07   Postmark
     Here
SEP 13 2012

Sent To Supreme Court of Texas
Street, Apt. No.; or PO Box No. 201 West 14th St. Rm 104
City, State, ZIP+4 Austin, TX. 78701

PS Form 3800, August 2006   See Reverse for Instructions

7012 1010 0000 7525 1183

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Northern District of Texas

Darlene Amrhein, et al

Anthony J. Balistreri, et al

_____
Plaintiff

v.

Terry Rieshert, et al

_____
Defendant

)
)
)
)
)
)
)

Civil Action No.

3 - 1 2 C V 3 7 0 7 - G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Texas Attorney General - Defendant
Attorney Greg Abbott
P. O. Box 12548
Austin, Tx. 78711 - 2548

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene Amrhein
112 Winsley Circle  (Winsley)
Mc Kinney, Tx 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ SEP 1 2 2012

Yolanda K Pace
_____
*Signature of Clerk or Deputy Clerk*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

_Case No. 3:12-CV-3707-G_ **Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _Attorney Greg Abbott_
by: _Defendant_

    (1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____

    (5) other (specify)  _USPS CRRR MAIL_

> U.S. DISTRICT COURT
> NORTHERN DISTRICT OF TEXAS
> **FILED**
>
> OCT - 1 ●●2
>
> CLERK, U.S. DISTRICT COURT
> By _____
>     **Deputy**

_____

My fees are $ _OPEN_ for travel and $ _____ for services, for a total of $  0.00 .

Date: _9/13/2012_

_E Denise Loughlin_
Server's signature

_E Denise Loughlin_
Printed name and title

_P.O. Box 262673 Plano Tx 75026_
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney Greg Abbott
P.O. Box 12548
Austin, TX 78711-2548

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature RECEIVED IN MAILCENTER
☐ Agent
☐ Addressee

B. Received by ( Printed Name ) SEP 17 2012
C. Date of Delivery
OFFICE OF
THE ATTORNEY GENERAL

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below: ☐ No

X  D. Loughlin PS

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 1010 0000 7525 1206

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7012 1010 0000 7525 1206

| | |
|---|---|
| Postage | $  $5.65 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $  $10.95   09/14/2012 |

Sent To
Attorney General Greg Abbott
Street, Apt. No.; or PO Box No.
P.O. Box 12548
City, State, ZIP+4
Austin, TX 78711-2548

PS Form 3800, August 2006          See Reverse for Instructions

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Northern District of Texas

Darlene Amshein et al

Anthony I. Balistreri, et al )
)
_____ )
*Plaintiff* )
v. )
)
Jerry Riechert et al )
_____ )
*Defendant* )

3 = 1 2 C V 3 7 0 7 = C

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    RTI / CMA - Defendants
c/o Attorney Dawn Holiday
2800 Post Oak Blvd, 57th Floor
Houston, TX 77056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene C. Amshein
112 Winsley Circle
McKinney, TX. 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    SEP 1 2 2012    _____

Yolanda K Pace
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *Attorney Holiday*
was received by me on *(date)* *9/13/2012*    *For: CRTI/CMA — Defendents*

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  U.S.P.S. CRRR MAIL

My fees are $ *OPEN* for travel and $ _____ for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date: *9/13/2012*

_____
*Server's signature*

E. Denise Loughlin
*Printed name and title*

P.O. BOX 262673 PLANO TX 75026
*Server's address*

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 1 2012

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Paul Randall_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_Paul Randall_   9/17/2012 |
| 1. Article Addressed to: _57th floor_<br>TO _Attorney Holiday_<br>_For: RTI / CMA Management X & J Loughlin JS_<br>_2800 Post Oak Blvd._<br>_57th floor_<br>_Houston, TX 77056_ | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7012 1010 0000 7525 0711 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

HOUSTON TX 77056

| | | |
|---|---|---|
| Postage | $ | $5.65 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.95 |

0248

Postmark Here

Sent To _Attorney Holiday - RTI / CMA_
Street, Apt. No.; or PO Box No. _2800 Post Oak Blvd_
City, State, ZIP+4 _Houston, TX 77056_

PS Form 3800, August 2006   See Reverse for Instructions

7012 1010 0000 7525 0711

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

#### Northern District of Texas

Darlene Amshein et al
Anthony J. Balistreri, et al
_____
*Plaintiff*

v.

Jerry Riechert et al
_____
*Defendant*

)
)
)
)
)
)
)

3-12CV3707-G

Civil Action No.

3-12CV3707-G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Attorney Dawn Holiday
For: Stonebridge Ranch Homeowners Assoc
2800 Post Oak Blvd., 57th Floor, (Defendant)
Houston, TX. 77056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene C. Amshein, ProSe
112 Winsley Circle
McKinney, TX. 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 12 2012

Yolanda K. Pace
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-CV-3707-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jawa Attorney Holiday

was received by me on *(date)* 9/13/2012  For: Forebridge Ranch H.O.A. Defendants

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* USPS CRRR-MAIL

[stamp: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED OCT - 1 2012 CLERK, U.S. DISTRICT COURT By _____ Deputy]

My fees are $ OPEN for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

_____
Server's signature

E. Denise Loughlin
_____
Printed name and title

P.O. Box 262673 Plano TX 75026
_____
Server's address

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:   57th Floor

Attorney Holiday - Shorebridge Ranch HOA
2800 Post Oak Blvd.
57th Floor
Houston, TX 77056

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X  *Jim Steadman*   ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
*June Steadman*   9/17/12

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

X  *McLaughlin PS*

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7012 1010 0000 7525 0704

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

HOUSTON TX 77056

| | | |
|---|---|---|
| Postage | $ | $5.65 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.95 |

0248
07
Postmark
Here
SEP 13 2012

57th Floor

Sent To  Attorney Holiday - SR. HOA
Street, Apt. No.;  2800 Post Oak Blvd
or PO Box No.
City, State, ZIP+4  Houston, TX 77056

PS Form 3800, August 2006        See Reverse for Instructions

7012 1010 0000 7525 0704

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

*Darlene Amshein et al*

*Anthony J. Balistreri et al*
)
)
)
**Plaintiff**
)
)
v.
)
)
*Terry Riechert, et al*
)
)
**Defendant**
)

Civil Action No.

**3-12CV3707-G**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Bush, Ruduiski & Shetton, P.C.—Defendants*
*4025 Woodland Park Blvd, #190*
*Arlington, TX. 76013*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Darlene Amshein*
*112 Winsley Circle*
*Mc Kinney, TX. 75071*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

SEP 1 2 2012

Date: _____                    *Yolanda K Pace*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

Case No.  3:12-CV-3707-G

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _Bush, Rufnick, Shelton, P.C._
by:                                                                                                      _Defendants_

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____

(5) other (specify) _USPS MAIL CRRR_

_____

_____

My fees are $ _OPEN_ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _9/13/2012_

_E. Denise Loughlin_
Server's signature

_E. Denise Loughlin_
Printed name and title

_P.O. Box 262673 Plano TX_
Server's address            _75026_

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT - 1

CLERK, U.S. DISTRICT COURT

By_____
Deputy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Jane Conlon*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
*Jane Conlon*   9/12/12

1. Article Addressed to:

*Bush, Rudnicki + Shelton, PC*
*4025 Woodland Park Blvd*
*Suite #190, TX 76013*
*Arlington, TX 76013*

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

*E. O'Loughlin Process Server*

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 1010 0000 7525 1169

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $5.30 | 0075 |
| Certified Fee | $2.95 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $10.60 | |

Sent To
*Bush, Rudnicki + Shelton*
Street, Apt. No.; or PO Box No.
*4025 Woodland Park Blvd*
City, State, ZIP+4
*Arlington, TX 76013*

PS Form 3800, August 2006   See Reverse for Instructions

7012 1010 0000 7525 1169

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Darlene Amrhein et al
Anthony J. Balistreri, et al

_____
*Plaintiff*

v.

Terry Riechert et al
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.

3-12CV3707-G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Attorney J. Kent Newsom—Defendant
℅ Newsom, Terry, Newsom
6465 East Mocking bird Lane #450
Dallas, TX 75214

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene C. Amrhein
112 Winsley Circle
Mc Kinney, TX. 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 12 2012    _____
                       Yolanda K Pace
                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) *Attorney J. Kent Newsom 90*
was received by me on (date) 9/13/2012 . *Newsom, Terry Newsom . P.C*

☐ I personally served the summons on the individual at (place)
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization)
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): *USPS CRRR— MAIL*

My fees are $ *OPEN* for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

*E. Denise Loughlin*
Server's signature

*E Denise Loughlin*
Printed name and title

*P. O. Box 262673, Plano TX 75026*
Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 1 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A Horney J Kent Newsom
& Newsom, Terry, Newsom
6465 E. Mockingbird R
Suite #450
Dallas, TX. 75214

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
E. Shan                          09-18-12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

X L D Longh Process Ser

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)     7012 1010 0000 7525 0902

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

DALLAS TX 75214

| | | |
|---|---|---|
| Postage | $ $5.30 | 0075 |
| Certified Fee | $2.95 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $10.60 | 09/17/2012 # 450 |

Sent To Atty Newsom + Newsom, Terry &
Street, Apt. No.; or PO Box No. 6465 E. Mockingbird Newsom
City, State, ZIP+4 Dallas, TX 75214

PS Form 3800, August 2006       See Reverse for Instructions

7012 1010 0000 7525 0902

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

*Darlene Amshein, etal*
*Anthony J. Balistreri, etal* )
Plaintiff )
)
v. )  Civil Action No.
)
*Terry Riechert, et al* )  **3 - 1 2 C V 3 7 0 7 ⊛ G**
Defendant )
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Newsom, Terry, Newsom, P.C - Defendants*
*6465 East Mockingbird Ln #450*
*Dallas, TX 75214*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Darlene Amshein*
*112 Winsley Circle*
*McKinney, TX 75071*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ SEP 1 2 2012 _____         *Yolanda K Pace*

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Newsom, Terry Newsom, P.C. et al

was received by me on *(date)* 9/13/2012.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address;

☐ I served the summons on *(name of individual)* _____ designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* USPS MAIL CRRR

My fees are $ OPEN for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

E Denise Loughlin
*Server's signature*

E Denise Loughlin
*Printed name and title*

PO Box 262673 PLANO TX 75026
*Server's address*

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 1 2012
CLERK, U.S. DISTRICT COURT
By _____ ; oDeputy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
9-18-12

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Newson, Terry, Newson Law Firm
6465 East Mockingbird Lane
Suite #450
Dallas, TX 75214

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7012 1010 0000 7525 1138

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

DALLAS TX 75214     OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $5.30 | 0075 |
| Certified Fee | $2.95 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $10.60 | 09/17/2012 |

7012 1010 0000 7525 1138

Sent To Newson, Terry, Newson P.C.
Street, Apt. No.; or PO Box No. 6465 East Mockingbird Ln
City, State, ZIP+4 Dallas TX 75214

PS Form 3800, August 2006     See Reverse for Instructions

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

*Darlene Amsheir et al*
*Anthony J. Balistreri, et al*

)
)
)
)
**Plaintiff** )
)
v. )
)
*Jerry Riechert et al.* )
)
**Defendant** )

Civil Action No.

**3-12CV3707-G**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Attorney Rick Hightower – Defendant*
*c/o Biggers, Beasley, Earle & Hightower, P.C.*
*1601 Elm St, Suite 4350*
*Dallas, TX 75201*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Darlene C. Amsheir*
*112 Winsley Circle*
*Mc Kinney, TX. 75071*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  SEP 1 2 2012

*Yolanda K Pace*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney Rick Hightower ¶o

was received by me on *(date)* 9/13/2012                Biggers, Beasley Earle & Hightower P.C.
Defendants

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* USPS CRRR MAIL



My fees are $ OPEN     for travel and $ _____ for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date: 9/13/2012              *E Denise Loughlin*
                                    Server's signature

                             E Denise Loughlin
                                    Printed name and title

                        P.O. Box 262673 Plano Tx 75026
                                    Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT -1 2012

CLERK, U.S. DISTRICT COURT
By_____
              Deputy

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A Horney Rick Hightower
% Biggers, Beasley Earle
1601 Elm St #4350
Dallas, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ 9/18/12   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

& Hightower
& Loughlin Loccey Serv

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 1010 0000 7525 0919

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

DALLAS TX 75201   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $5.30 | 0075 |
| Certified Fee | $2.95 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $10.60 | 09/17/2012 |

Sent To
Atty Hightower % Biggers Beasley
Street, Apt. No.;
or PO Box No. 601 Elm St Earle & Hightower
City, State, ZIP+4
Dallas, TX 75201

PS Form 3800, August 2006      See Reverse for Instructions

7012 1010 0000 7525 0919

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

*Darlene Amrhein et al*
*Anthony J. Balistreri, et al*

_____
*Plaintiff*

v.

*Terry Riechert et al*
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. **3-12CV3707-G**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Attorney Carl D. Adams - Defendant*
*c/o Carl D. Adams Law Firm*
*6060 North Central Expressway, Suite #690*
*Dallas, TX 75206*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Darlene C. Amrhein*
*112 Winsley Circle*
*McKinney, TX. 75071*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Yolanda K Pace*

Date: SEP 12 2012    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Attorney Carl D. Adams 40_

was received by me on *(date)* _9/13/2012_ . _Carl Adams Law Firm Defendant_

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* _USPS CRRR MAIL_

My fees are $ _OPEN_ for travel and $ _____ for services, for a total of $ _0.00_

I declare under penalty of perjury that this information is true.

Date: _9/13/2012_

_E. Denise Loughlin_
Server's signature

_E. Denise Loughlin_
Printed name and title

_P.O. BOX 262673 PLANO TX 75026_
Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT - 1 2012

CLERK, U.S. DISTRICT COURT
By _____
Deputy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney Carl Adams to
Carl Adams Law Firm
6060 North Central Express
Suite # 690
Dallas, TX 75206

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

X E Dloughler Process Serve

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7012 1010 0000 7525 0940

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

DALLAS TX 75206

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $5.30 | 0075 |
| Certified Fee | $2.95 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $10.60 | 09/17/2012  #690 |

Sent To  Attorney Carl J Adams to
Street, Apt. No.;  6060 N. Central Exp. Law Firm
or PO Box No.  Dallas, TX 75306

PS Form 3800, August 2006       See Reverse for Instructions

7012 1010 0000 7525 0940

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Northern District of Texas

Darlene Amrhein et al
Anthony J. Balestreri, et al

_____
*Plaintiff*

v.

Jerry Rieckert et al
_____
*Defendant*

Civil Action No.

3:12CV3707*G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Attorney James Rudnicki #190 - Defendant
4025 Woodland Park Blvd
Arlington, TX. 76013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene C. Amrhein
112 Winsley Circle
Mc Kinney, TX. 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  SEP 12 2012

Yolanda K Pace
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  *Attorney James Rudnicki, et al*

was received by me on *(date)*  *9/13/2012*  .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  *USPS MAIL CRRR*

My fees are $  *OPEN*  for travel and $_____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  *9/13/2012*

_____
Server's signature

*E. Denise Loughlin*
Printed name and title

*P.O. Box 262673 PLANO TX 75026*
Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 1 2012

CLERK, U.S. DISTRICT COURT
By_____
Deputy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney James Rudnicki
4025 Woodland Park Blvd
Suite #190
Arlington, TX 76013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jane Conlon_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

Jane Conlon   9/18/12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Longfly Process Ser

3. Service Type
   ☑ Certified Mail   ☑ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

7012 1010 0000 7525 1046

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

ARLINGTON TX 76013

| | | |
|---|---|---|
| Postage | $ $5.30 | 0075 |
| Certified Fee | $2.95 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $10.60 | 09/17/2012 |

#190

Sent To
→ Arlington, TX 76012
Street, Apt. No.; or PO Box No.
Attorney James Rudnicki
City, State, ZIP+4
4025 Woodland Park

7012 1010 0000 7525 1046

PS Form 3800, August 2006      See Reverse for Instructions

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Darlene Amshein, et al
Anthony J. Balestrien, et al )
_____ )
*Plaintiff* )
)
v. )
)
Terry Riechert, et al )
_____ )
*Defendant* )

Civil Action No.

**3 ⁑ 1 2 C V 3 7 0 7 - G**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Carl Adams Law Firm - Defendants
6060 North Central Expressway #690
Dallas, TX. 75206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene Amshein
112 Weasley Circle
Mc Kenney, TX 75206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Yolanda K Pace

Date: **SEP 1 2 2012**     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Carl Adams Law Firm P.C., et al

was received by me on *(date)* 9/13/2012 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* USPS MAIL CRRR

My fees are $ OPEN for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

_E Denise Loughlin_
Server's signature

_E Denise Loughlin_
Printed name and title

_P.O. Box 262673 Plano Tx 75026_
Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
OCT - 1 20██
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Carl Adams Law Firm*
*6060 N. Central Expressway*
*Suite #690*
*Dallas, Tx 75206*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
*Alexander Ortiz*  09/18/2012

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

*I.E. Dougherty Process Serve*

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7012 1010 0000 7525 1121

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E
DALLAS TX 75206

| | | |
|---|---|---|
| Postage | $ $5.30 | 0075 |
| Certified Fee | $2.95 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $10.60 | 09/17/2012 |

#690

Sent To
*Carl Adams Law Firm*
Street, Apt. No.;
or PO Box No. *6060 N. Central Exp.*
City, State, ZIP+4 *Dallas, Tx 75206*

PS Form 3800, August 2006    See Reverse for Instructions

7012 1010 0000 7525 1121

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

*Darlene Amrhein et al*
*Anthony J. Balistreri, et al*
_____
Plaintiff

v.

Civil Action No. 3-12CV3707♦G

*Jerry Rieschert et al*
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Collin County Texas - Defendants*
*c/o Judge Keith Self*
*2300 Bloomdale Road Suite #4192*
*McKinney, TX 75071*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Darlene C. Amrhein*
*112 Winsley Circle*
*McKinney, TX. 75071*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEP 1 2 2012

_____
*Signature of Clerk or Deputy Clerk*
Yolanda K. Pace

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12 - CU - 3707 - G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Collin County, Texas

was received by me on *(date)* 9/13/2012                                    Defendants

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* USPS MAIL CRRR


My fees are $ OPEN for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

                                        *E Denise Loughlin*
                                        Server's signature

                                        E Denise Loughlin
                                        Printed name and title

                            P.O. Box 262573 PLANO TX 75026
                                        Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 1 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

*19.*

**SENDER:** *COMPLETE THIS SECTION*

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Suite #4192
Collin County, Texas
C/o Judge Self
2300 Bloomdale Rd.
Suite, 4192
Mc Kenney, TX 75071

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *B. Sommers*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
SEP 17 20

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

*X E D Laughlin PS*

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)        7012 1010 0000 7525 0834

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540

---

7012 1010 0000 7525 0834

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

MCKINNEY TX 75071

| | | |
|---|---|---|
| Postage | $ | $5.30 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.60 |

Postmark Here
PRESTONWOOD STATION USPS
DALLAS, TX 75248-9998
09/14/2012

Sent To
Collin County, Texas - #4192
Street, Apt. No.; or PO Box No. 2300 Bloomdale Rd
City, State, Mc Kenney TX 75071

PS Form 3800, August 2006        See Reverse for Instructions

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

*Darlene Amshein et al*
*Anthony J. Balistreri, et al*
_____
Plaintiff

v.

*Jerry Riechert et al*
_____
Defendant

)
)
)
)
)
)
)

Civil Action No.

3 - 1 2 C V 3 7 0 7 - G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Judge Jill Willis, et al Defendant*
*C/o Collin County Court house*
*2100 Bloomdale Road, Suite #10014*
*McKinney, TX 75071*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Darlene C. Amshein, Pro Se*
*112 Winsley Circle*
*McKinney, TX. 75071*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 1 2 2012

*Yolanda K Pace*
_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-CV-3707-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Judge Jill Willis et al

was received by me on *(date)* 09/13/2012 by J. Defendant

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* USPS MAIL CRRR

My fees are $ OPEN for travel and $ ——— for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 09/13/2012

_E. Denise Loughlin_
Server's signature

E. Denise Loughlin
Printed name and title

PO Box 262673 Plano TX 75026
Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX
FILED

OCT - 1 2012

CLERK, U.S. DISTRICT COURT
By _____ Deputy

25

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _P Sommier_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   SEP 17 2012   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

_X E D Laughlin RS_

1. Article Addressed to:

_Judge Jill Willis_
_% Collin County Courthouse_
_2100 Bloomdale Rd._
_Suite #10014_
_McKinney, TX 75071_

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 1010 0000 7525 0896

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**O F F I C I A L   U S E**

MCKINNEY TX 75071

| | |
|---|---|
| Postage | $   $5.30 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $   $10.60 |

0248

Postmark
SEP 13 2012

#10014

Sent To  _Judge Jill Willis_
Street, Apt. No.; or PO Box No.  _2100 Bloomdale Rd_
City, State, ZIP+4  _McKinney, TX 75071_

7012 1010 0000 7525 0896

PS Form 3800, August 2006     See Reverse for Instructions

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

*Darlene Amshein et al*
*Anthony T. Balistrui, et al*

Plaintiff

v.

*Terry Riechert et al*

Defendant

)
)
)
)
)
)
)
)

Civil Action No.

3-12CV3707 G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*City of McKinney / City Counsel et al*
*% City Secretary (Sandy Hart (Defendants)*
*222 N. Tennessee Street*
*McKinney, TX 75070*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Darlene C. Amshein, Pro Se*
*112 Winsley Circle*
*McKinney, TX 75071*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___SEP 1 2 2012___

*Yolanda K Pace*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  3:12 - CV - 3707 - G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  McKinney City Counsel /
was received by me on *(date)*  9/13/2012            City of McKinney et al
                                                                          Defendants

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  USPS MAIL CRRR


My fees are $  OPEN  for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  9/13/2012                    *E Denise Loughlin*
                                                    Server's signature

                                          E. Denise Loughlin
                                                    Printed name and title

                                          P.O. Box 262673 Plano TX 75026
                                                    Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
OCT - 1 2012
CLERK, U.S. DISTRICT COURT
By_____
          Deputy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

City of McKinney
City Counsel et al
City Secretary Sandy Hart
2.2.2 N. Tennessee St.
McKinney, TX 75070

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7012 1010 0000 7525 0971

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | $5.30 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.60   09/14/2012 |

7012 1010 0000 7525 0971

Sent To
City of McKinney- Counsel
Street, Apt. No.;
or PO Box No. 222 North Tennessee
City, State, ZIP+4 McKinney, TX 75070

PS Form 3800, August 2006    See Reverse for Instructions

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Darlene Amshein et al
Anthony J. Balistreri, et al       )
_____Plaintiff_____        )
                                   )
v.                                 )
                                   )
Terry Riechert et al               )
_____Defendant_____        )

Civil Action No.

3 - 1 2 C V 3 7 0 7 ¥ G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Judge John Roach etal (296th Court)
C/o Collin County Courthouse  Defendants
2100 Bloomdale Road, Suite #
McKinney, Tx. 75071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene C. Amshein, Pro Se
112 Winsley Circle
McKinney, Tx. 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEP 1 2 2012                          Yolanda K. Pace
                                    _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-CV-3707-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Judge John Roach et al Defendants

was received by me on *(date)* 9/13/2012 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* USPS MAIL CRRR

My fees are $ OPEN for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

E Denise Loughlin
Server's signature

E Denise Loughlin
Printed name and title

P.O. Box 262673 Plano Tx 75026
Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 1 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

21.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

(896 # Out)

Judge John Roach
c/o Collin County Court House
2100 Bloomdale Rd
Suite # 20012
McKinney, TX 75071

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X  P. Sommier    ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
SEP 17 2012

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

X L D Loughlin PJ

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7012 1010 0000 7525 0889

PS Form **3811**, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₆

O F F I C I A L   U S E

MCKINNEY, TX 75071

| | | |
|---|---|---|
| Postage | $ | $5.30 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.60 |

0248
07
Postmark
Here
SEP 13 2012

Sent To  Judge John Roach
Street, Apt. No.; or PO Box No.  2100 Bloomdale Rd.
City, State, ZIP+4  McKinney, TX 75071

PS Form 3800, August 2006     See Reverse for Instructions

7012 1010 0000 7525 0889

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Northern District of Texas

Darlene Amrhein et al

Anthony J. Balestreri, et al

_____
Plaintiff

v.

Jerry Riechert et al
_____
Defendant

)
)
)
)
)
)
)

Civil Action No.

**3 - 1 2 C V 3 7 0 7 G**

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Judge Chris Oldner et al (416th Court)
c/o Collin County Courthouse
2100 Bloomdale Road, Suite #
Mc Kinney, TX 75071                    Defendant

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene C. Amrhein, Pro Se
112 Winsley Circle
Mc Kinney, TX 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **SEP 1 2 2012**                    _Yolanda K. Pace_
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12—CV—3707—G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Judge Chris Oldner et al Defendant

was received by me on *(date)* 9/13/2012 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* USPS MAIL CRRR

> U.S. DISTRICT COURT
> NORTHERN DISTRICT OF TEXAS
> **FILED**
>
> OCT - 1 2012
>
> CLERK, U.S. DISTRICT COURT
> By _____
> Deputy

My fees are $ OPEN for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

_____
Server's signature

E Denise Loughlin
Printed name and title

P. O. Box 262673 Plano Tx 75026
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:    (416th Court)

Judge Chris Oldner
C/o Collin County Courthouse
2100 Bloomdale Rd.
Suite
Mc Kinney, TX 75071

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  P. Sommers
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
SEP 19 2012

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

McLaughlin Process Serv

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7012 1010 0000 7525 0995

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
MCKINNEY TX 75071

| | | |
|---|---|---|
| Postage | $ | $5.30 | 0075 |
| Certified Fee | $2.95 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $10.60 | 09/17/2012  416th Court |

Sent To  Judge Chris Oldner
Street, Apt. No.; or PO Box No.  2100 Bloomdale Rd
City, State, ZIP+4  Mc Kinney, TX 75071

PS Form 3800, August 2006    See Reverse for Instructions

7012 1010 0000 7525 0995

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Northern District of Texas

*Darlene Amrhein et al*
*Anthony J. Balistreri, et al*
_____
Plaintiff

v.

*Jerry Riechert et al*
_____
Defendant

)
)
)
)
)
)
)

Civil Action No.

**3-12CV3707-G**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Judge Richard D. Davis - Defendant*
*5100 Eldorado Parkway, Suite 102 #725*
*McKinney, Tx. 75070*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Darlene C. Amrhein, Pro Se*
*112 Winsley Circle*
*McKinney, Tx 75071*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 1 2 2012
_____

*Yolanda K. Pace*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Judge Richard DAVIS, et al

was received by me on *(date)*  9/13/2012 .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  VSPS MAIL CRRR

My fees are $ OPEN for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  9/13/2012

_E Denise Loughlin_
Server's signature

E Denise Loughlin
Printed name and title

P.O.Box 262673 Plano TX 75025
Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
OCT - 1 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

XL OLaughlin ProcessServe

1. Article Addressed to:

Judge Richard Davis
5700 Eldorado Pky
Suite 102 # 725
McKinney, Tx 75070

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7012 1010 0000 7525 1008

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $5.30 | 0075 |
| Certified Fee | $2.95 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $10.60 | 09/17/2012  725 |

Sent To  Judge Richard Davis
Street, Apt No.; or PO Box No.  5700 Eldorado Pky
City, State, ZIP+4  McKinney Tx 75070

PS Form 3800, August 2006          See Reverse for Instructions

7012 1010 0000 7525 1008

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

*Darlene Amrhein et al*
*Anthony J. Belistreri, et al*

*Plaintiff*

v.

*Jerry Riechert et al*

*Defendant*

Civil Action No.

3-12CV3707-G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  *Collin County District Clerk -Defendant*
*Andrea Stah Thompson*
*℅ Collin County Court house*
*2100 Bloomdale Road, Suite 12132*
*Mc Kinney, TX 75071*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Darlene C. Amrhein*
*112 Winsley Circle*
*Mc Kinney, TX. 75071*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 12 2012

*Yolanda K Pace*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Collin County District Clerk
was received by me on *(date)* 9/13/2012 . Andrea Thompson

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* VSPS MAIL CRRR

My fees are $ OPEN for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/12/2012

E Denise Loughlin
_____
*Server's signature*

E Denise Loughlin
_____
*Printed name and title*

E Denise Loughlin
_____
*Server's address*

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 1 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _P Sommers_   ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   SEP 19 2012   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Collin County District Clerk
Andrea Stoh Thompson   S. Daughler Process
2100 Bloomdale Rd   Server
Suite 12132
McKinney, TX 75071

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 1010 0000 7524 2419

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MCKINNEY TX 75071   F-FICIAL USE

| | | |
|---|---|---|
| Postage | $   $5.30 | 0075 |
| Certified Fee | $2.95 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $   $10.60 | 09/17/2012   12133 |

Sent To _Collin County District Clerk_
Street, Apt. No. or PO Box No. _2100 Bloomdale Rd_
City, State, ZIP+4 _McKinney, TX 75071_

7012 1010 0000 7524 2419

PS Form 3800, August 2006   See Reverse for Instructions

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Darlene Amshein +
Anthony J. Balistreri et al )
_____ )
*Plaintiff* )
)
v. )  Civil Action No.
)
Terry Riechert et al )  **3-12CV3707-G**
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Texas Judicial Commission - Defendants
c/o Mo Willing
P.O. Box 12265
Austin, TX 78711-2265

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene C. Amshein
112 Winsley Circle
McKinney, TX. 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___SEP 12 2012___     _____
                            *Signature of Clerk or Deputy Clerk*
                            Yolanda K Pace

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Texas Judicial Commission, et al
was received by me on *(date)* 9/13/2012

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* USPS MAIL CRRR

My fees are $ OPEN for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

E Denise Loughlin
*Server's signature*

E. Denise Loughlin
*Printed name and title*

Po Box 262673 Plano Tx 75026
*Server's address*

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 1 ███
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery

1. Article Addressed to:

Texas Judicial Commission
℅ Ms. Willing
P.O. Box 12265
Austin, TX. 78711-2265

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

X T SEP 17 2012
X L Loughlin PS

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)

7012 1010 0000 7525 1084

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

AUSTIN TX 7871 **FICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $5.65 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.95 |

Postmark Here

09/14/2012

Sent To
Texas Judicial Commission
Street, Apt. No. or PO Box No.
P.O. Box 12265
City, State, ZIP+4
Austin, TX 78711-2265

7012 1010 0000 7525 1084

PS Form 3800, August 2006        See Reverse for Instructions

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Darlene Amshein, et al
Anthony J. Balestreri, et al

*Plaintiff*

v.

Terry Riechert, et al

*Defendant*

)
)
)
)
)
)
)

Civil Action No.

3:12CV3707 - G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Texas Department of Insurance — Defendants
% Commissioner Eleanor Kitzman *
P.O. Box 149091
Austin, TX 78714-9091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene Amshein
112 Winsley Circle
Mc Kinney, Tx. 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 1 2 2012

_____

Yolanda K Pace

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *Commissioner Eleanor Kitzman et al*

was received by me on *(date)* 9/13/2012

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* USPS MAIL CRRR

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 1 2012
CLERK, U.S. DISTRICT COURT
By_____, Deputy

My fees are $ *OPEN* for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

*E. Denise Loughlin*
Server's signature

E. Denise Loughlin
Printed name and title

P O Box 262673 Plano Tx 75026
Server's address

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                SEP 2 0 2012

1. Article Addressed to:

*Texas Dept of Insurance*
*C/o Commissioner Kitzman*
*P.O. Box 149091*
*Austin, TX 78714-9091*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)   7012 1010 0000 7525 1091

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $5.65 | 0075 |
| Certified Fee | $2.95 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $10.95 | 09/17/2012 |

Sent To  *Texas Dept of Insurance*
Street, Apt. No.; or PO Box No.  *C/o Comm. P.O. Box 149091*
City, State, ZIP+4  *Austin, TX 78714-9091*

7012 1010 0000 7525 1091

PS Form 3800, August 2006          See Reverse for Instructions

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

*Darlene Amshein et al*

*Anthony J. Balistreri, et al* )
                                )
           Plaintiff            )
                                )
                                )    Civil Action No.
              v.                )
                                )
*Jerry Riechert et al*          )    9 - 1 2 C V 3 7 0 7 - G
           Defendant            )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  %Attorney Rick Hightower #4350
For: First American Title Insurance Co.
1601 Elm Street, Suite 4350 (Defendants)
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene C. Amshein
112 Winsley Circle
McKinney, TX. 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 1 2 2012

Yolanda K Pace
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. *3:12-CV-3707-G*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *Attorney Hightower*

was received by me on *(date)* *9/13/2012*      *For: First American Title Ins,*
*Defendants*

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  *U.S.P.S. MAIL CRRR*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
OCT - 1 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

My fees are $ *OPEN*      for travel and $ _____ for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date: *9-13-2012*           *E. Denise Loughlin*
                                   Server's signature

                          *E. Denise LOUGHLIN*
                                   Printed name and title

                  *P.O. BOX 262673 PLANO TX 75026*
                                   Server's address

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: # 4350

d/b/a Attorney Rick Hightower
For: First American Title
Insurance Company
1601 Elm St.
Dallas, TX. 75201

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

X G D Loughlin RS

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7012 1010 0000 7525 0742

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $5.30 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.60 |

0248

07 Postmark Here

SEP 13 2012

09/13/2012

Sent To Attorney Hightower - First American
Street, Apt. No.; or PO Box No. 1601 Elm. St #4350
City, State, ZIP+4 Dallas, TX. 75201

PS Form 3800, August 2006   See Reverse for Instructions

7012 1010 0000 7525 0742

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Northern District of Texas

Darlene Amshein et al

Anthony J. Balistreri, et al )

_____
Plaintiff

)
)
)

v. )

Jerry Riechert et al )

_____
Defendant

)
)

Civil Action No.   3:12CV3707-G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Attorney Rick Hightower #4350
For: Republic Title of Texas - Defendant
1601 Elm Street
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene C. Amshein
112 Winsley Circle
Mc Kinney, TX. 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   SEP 1 2 2012

_____
Signature of Clerk or Deputy Clerk

Yolanda P Pace

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 3: 12-CV-3707-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney Hightower

was received by me on *(date)* 9/12/2013 for: Republic Title of Texas Defendant

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known

❑ I served the summons on *(name of individual)* _____
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: USPS CRRR MAIL


My fees are $ OPEN for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/13/ 2012

E Denise Loughlin
*Server's signature*

E. Denise Loughlin
*Printed name and title*

P.O. Box 262673 PLANO TX 75026
*Server's address*

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT - 1 2012

CLERK, U.S. DISTRICT COURT

By _____ Deputy , who is

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney Rick Hightower
902: Republic Title of Texas
Dallas, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ashley_
☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

_X  L D Laughlin PS_

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 1010 0000 7525 0759

PS Form 3811, February 2004   Domestic Return Receipt   YU2595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $5.30 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.60 |

0248

Postmark Here

09/13/2012

Sent To _Attorney Hightower - Republic_
Street, Apt. No.; or PO Box No. _1601 Elm St. # 4350_
City, State, ZIP+4 _Dallas, TX 75201_

PS Form 3800, August 2006   See Reverse for Instructions

7012 1010 0000 7525 0759

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Darlene Amshein et al
Anthony J. Balistrere, et al )
_____ )
*Plaintiff* )
)
v. )
)
Jerry Riechert et al )
_____ )
*Defendant* )

Civil Action No.

**3-12CV3707-G**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Attorney J. Kent Newsom # 450
For: Bill J. Williams - Defendant
6465 Mockingbird Ln.
Dallas, TX 75214

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene C. Amshein
112 Winsley Circle
McKinney, TX. 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEP 12 2012          Yolanda K Pace
                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 3:12-CV-3707-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney J. Kent Newsom

was received by me on *(date)* 9/13/2012 . For: Bill J. Williams Defendant

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* U.S.P.S. MAIL CRRR

My fees are $ OPEN for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

*E. Denise Loughlin*
Server's signature

E. Denise Loughlin
Printed name and title

P.O. Box 262673 Plano TX 75026
Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 1 2012
CLERK, U.S. DISTRICT COURT
By _____ ;Deputy

7.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: # 450

Attorney Kent Newsom
For: Bill J. Williams
6465 East Mockingbird Ln.
Dallas, TX 75214

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
E Sloan                          9-14-12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7012 1010 0000 7525 0827

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL·· RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com·

OFFICIAL USE
DALLAS TX 75214

| | | |
|---|---|---|
| Postage | $ | $5.30 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.60 |

0248
07   Postmark
SEP 18 2012

Sent To
Attorney Newsom — Williams
Street, Apt. No.; or PO Box No. 6465 E. Mockingbird Ln.
City, State, ZIP+4 Dallas TX 75214

PS Form 3800, August 2006     See Reverse for Instructions

7012 1010 0000 7525 0827

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

*Darlene Amrhein*
*Anthony J. Balistreri, et al* )
_____ )
*Plaintiff* )
)
v. )
)
*Jerry Riechert et al* )
_____ )
*Defendant* )

Civil Action No.

**3 = 1 2 C V 3 7 0 7 ⸱ G**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Collin County Administrative Court - Defendants*
*c/o Judge Keith Self*
*2300 Bloomdale Road, Suite #4192*
*McKinney, TX 75071*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Darlene C. Amrhein*
*112 Winsley Circle*
*McKinney, TX 75071*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **SEP 12 2012**

*Yolanda K Pace*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12 - CV - 3707-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Collin County Administrative Court-Defendant

was received by me on *(date)* 9/13/2012

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify):* USPS MAIL CRRR



My fees are $ OPEN for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

_____ *E Denise Loughlin*
Server's signature

_____ *E Denise Loughlin*
Printed name and title

PO Box 262673 Plano TX 75026
Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 1 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   *P Sommer*   ☐ Agent   ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery   SEP 17 2012

1. Article Addressed to:

Collin County Administrative Court
2300 Bloomdale Rd.
% Judge Self
Mc Kenney Tx 75071

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

X L D Longhus P.

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   7012 1010 0000 7525 0841

PS Form **3811**, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $5.30 | 0248 |
| Certified Fee | | $2.95 | |
| Return Receipt Fee (Endorsement Required) | | $2.35 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $10.60 | |

Sent To   Collin County Administration
Street, Apt. No.; or PO Box No.   2300 Bloomdale Road
City, State, ZIP+4   Mc Kenney Tx 75071

PS Form 3800, August 2006   See Reverse for Instructions

7012 1010 0000 7525 0841

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Northern District of Texas

Darlene Amshein et al
Anthony J. Balistreri, et al )
_____ )
**Plaintiff** )
)
v. )
)
Jerry Riechert, et al )
_____ )
**Defendant** )

Civil Action No.

## 3-12CV3707-G

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Attorney J. Kent Newsom #450
For: Re Max North Central Realty
6465 East Mockingbird Ln *Defendants*
Dallas, TX 75214

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene Amshein
112 Winsley Circle
Mc Kinney, TX 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  SEP 1 2 2012  _____

Yolanda K Pace
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-CV-3707-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney J. Kent Newsom

was received by me on *(date)* 9/13/2012 . For: Re Max North Central Realty Defendants

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____

☒ Other *(specify):* USPS - CRRR - MAIL

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
OCT - 1 ____
**CLERK, U.S. DISTRICT COURT**
By _____ Deputy

My fees are $ OPEN for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

*E Denise Loughlin*
Server's signature

E Denise Loughlin
Printed name and title

P O Box 262673 Plano TX 75026
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Attorney Kent Newsom*
*For: Re Mox North Central*
*6465 East Mockingbird Ln.*
*Dallas, TX 75214*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Sloan*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
*F Sloan*   *9-14-12*

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 1010 0000 7525 0780

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $5.30 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $10.60   09/13/2012 |

Postmark Here   SEP 13 2012

Sent To *Attorney Kent Newsom - ReMax*
Street, Apt. No; or PO Box No. *6465 E. Mockingbird Ln*
City, State, ZIP+4 *Dallas TX 75214*

PS Form 3800, August 2006     See Reverse for Instructions

7012 1010 0000 7525 0780

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

Darlene Amshein et al
Anthony J. Balistreri, et al )
_____ )
*Plaintiff* )
v. )
Jerry Riechert et al )
_____ )
*Defendant* )

Civil Action No. 3 - 1 2 C V 3 7 0 7 - G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Attorney J. Kent Newsom #450
For: Sally Darnall - Defendant
6465 East Mockingbird Ln
Dallas, TX 75214 75214

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene, C. Amshein
112 Winsley Circle
Mc Kinney, Tx. 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEP 1 2 2012

_____
Yolanda K Pace
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 3:12- CV- 3707-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney J. Kent Newsom
was received by me on *(date)* 9/13/2012 . For: Sally Darrall
Defendant

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there
on *(date)* _____ , and mailed a copy to the individual's last known address ; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  USPS - CRRR MAIL

My fees are $ OPEN for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

E. Denise Loughlin
Server's signature

E. Denise Loughlin
Printed name and title

P.O. Box 262673 PLANO TX 75026
Server's address

P.O. Box 262673 PLANO TX 75026

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 1

CLERK, U.S. DISTRICT COURT
By _____
Deputy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

#450

Attorney Kent Newton
For; Sally Darnell
6465 East Mockingbird
Dallas, TX 75214

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Bloan_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_Bloar_   9-14-12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

X E D Loughlin B

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7012 1010 0000 7525 0797

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

DALLAS TX 75214

| | | |
|---|---|---|
| Postage | $ | $5.30 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.60 |

0248
07  Postmark Here
SEP 13 2012

Sent To
_Attorney Newton - Darnell_
Street, Apt. No.; or PO Box No.  _6465 E. Mockingbird Ln_
City, State, ZIP+4  _Dallas, TX 75214_

7012 1010 0000 7525 0797

PS Form 3800, August 2006    See Reverse for Instructions

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Darlene Amshein
Anthony J. Balistreri, et al )
_____ )
Plaintiff )
)
v. )
)
Jerry Rieehert et al )
_____ )
Defendant )

Civil Action No.

## 3 - 1 2 C V 3 7 0 7 - G

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Attorney J. Kent Newsom #450
For: Lauren Palmer - Defendant
6465 East Mocking bird Ln
Dallas, TX 75214

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darlene C. Amshein
112 Winsley Circle
Mc Kinney, TX. 75071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   SEP 1 2 2012

Yolanda K Pace
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-CV-3707-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney J. Kent Newsom
was received by me on *(date)* 9/13/2012 . For: Lauren Palmer Defendant

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* USPS CRRR MAIL

My fees are $ OPEN for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/13/2012

E Denise Loughlin
Server's signature

E Denise Loughlin
Printed name and title

P.O. Box 262673 PLANO TX 75026
Server's address

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 1 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

# 450

Attorney Kent Newsom
For: Loren Palmer
6465 East Mockingbird
Dallas, TX 75214

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   Eskoaf                          9-14-12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

X EdOLoughlin PS

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)    7012 1010 0000 7525 0803

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com℠

OFFICIAL USE

DALLAS TX 75214

| | | |
|---|---|---|
| Postage | $ | $5.30 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.60 |

0248
SEP
07  Postmark
    Here
    2012

Sent To  Attorney Newsom - Palmer
Street, Apt No.;
or PO Box No.  6465 E. Mockingbird Ln
City, State, ZIP+4  Dallas, TX 75214

PS Form 3800, August 2006          See Reverse for Instructions

7012 1010 0000 7525 0803