UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARLENE C. AMRHEIN, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:12-CV-3707-G (BK) |
| JERRY RIECHERT, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that defendants' motions to dismiss (docket entries 6, 7, 9, 11, 12, 13, 15, 17, 19, 20, 23, 24, 25, 27, 28) are **GRANTED**. Plaintiffs' claims against all defendants, except Clifford

Weinstein, Law Office of Clifford Weinstein and Associates, Texas State Legislature and All Senators, and Supreme Court of Texas[*], are **DISMISSED** with prejudice.

Additionally, defendant Collin County Central Appraisal District's ("CCCAD") motion to dismiss (docket entry 14) is **DENIED** as moot, defendant CCCAD's motion to transfer venue (docket entry 18) is **DENIED** as moot, and plaintiffs' motion for alternative service (docket entry 10) and motion for leave to amend plaintiffs' complaint (docket entry 34) are **DENIED**.

Further, **Darlene Amrhein is prohibited from filing any new civil action in any United States district court** unless she first files a motion requesting leave of court to do so and attaches thereto copies of (1) her proposed complaint, (2) the magistrate judge's findings, conclusions and recommendation in this case, (3) this court's order accepting the findings, conclusions and recommendation of the United States Magistrate Judge, and (4) the judgment in this case.

March 21, 2013.

*signature: A. Joe Fish*
A. JOE FISH
**Senior United States District Judge**

---

[*] It is unclear from the record that the named defendants have been properly served. In any event, they have yet to answer or otherwise appear.