UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARLENE C. AMRHEIN, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:12-CV-3707-G (BK) |
| JERRY RIECHERT, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the case is **DISMISSED** without prejudice as to defendants Texas state legislature and all

senators and the Supreme Court of Texas pursuant to Federal Rule of Civil Procedure Rule 4(m).

March 21, 2013.

                                                    */s/ A. Joe Fish*
                                                    A. JOE FISH
                                                    **Senior United States District Judge**